UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADAIRAN DAVIS,<br><br>    Plaintiff,<br><br>    v.<br><br>NORM MALENG, *et al.*,<br><br>    Defendants. | CASE NO.  C05-0634RSM<br><br>ORDER OF VOLUNTARY<br>DISMISSAL |

This matter comes before the Court on plaintiff's motion to voluntarily dismiss his proposed § 1983 Complaint without prejudice. (Dkt. #7). Plaintiff informs the Court that he does not wish to proceed with his action at this time because he has no real understanding of the legal process and he needs to "exhaust all remedies and reorganize." (Dkt. #7 at 3). Defendants have not yet been served with the proposed Complaint, and therefore, would not be prejudiced by any dismissal of plaintiff's claims.

Having reviewed the motion, and the remainder of the record, the Court does hereby find and ORDER:

(1)  Plaintiff's Motion to Dismiss (Dkt. #7) is GRANTED.  This action is DISMISSED without prejudice, and the case is now CLOSED.

ORDER OF DISMISSAL
PAGE – 1

(2)  The Clerk is directed to forward a copy of this Order to plaintiff.

DATED this __9th__ day of June, 2005.

/s/ Ricardo S. Martinez
RICARDO S. MARTINEZ
United States District Judge

ORDER OF DISMISSAL
PAGE – 2